IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action: 11-cv-00492-PAB-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date:  January 11, 2012** | Courtroom Deputy:  Robin Mason |

DONITA L. SELF,   *Pro Se*

      Plaintiff,

v.

I HAVE A DREAM FOUNDATION-COLORADO,   William Rogers, III
Tiffany Todd

      Defendant.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:  MOTION HEARING**
**Court in session:      1:00 p.m.**
Court calls case.  Appearances of counsel.  Ms. Donita L. Self appears *pro se*.

Discussion regarding Motion to Quash Subpoenas (Docket No. 53, filed on 12/23/2011) and Opposition to Motion to Quash Subpoena 53 and Motion to Compel Discovery Requests and Motion for Sanctions (Docket No. 56, filed on 12/27/2011).

Discussion regarding local rules, depositions, code of professional conduct, productions of documents, subpoenas, exhibits, discovery, and plaintiff's claims and allegations.

**ORDERED:**   The court **GRANTS** Motion to Quash Subpoenas (Docket No. 53, filed on 12/23/2011) but will not award fees and costs to the defendant.  The court **DENIES** Opposition to Motion to Quash Subpoena 53 and Motion to Compel Discovery Requests and Motion for Sanctions (Docket No. 56, filed on 12/27/2011).  This motion (Docket No. 56) is a combined motion and response which is in violation of the local rules.  The plaintiff has **7 days from today's date** (**on or before January 18, 2012**) to file a motion seeking leave for an extension of the discovery deadline.  The plaintiff must attach a copy of the discovery she is seeking if this motion were to be granted.  Counsel for the defendant may file a response to the plaintiff's motion.

Discussion regarding dispositive motions, counsel for the defendant possibly seeking a 30 day window to extend discovery deadline, possible filing of a Motion for Summary Judgment, and the return of a back up tape currently in the possession of the plaintiff.

HEARING CONCLUDED.
**Court in recess:**     **2:55 p.m.**
Total time in court:    01:55

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.