IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action: 11-cv-00492-PAB-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date: February 16, 2012** | Courtroom Deputy: Robin Mason |

| *Parties:* | *Counsel:* |
|---|---|
| DONITA L. SELF, | *Pro Se* |
| Plaintiff, | |
| v. | |
| I HAVE A DREAM FOUNDATION - COLORADO, | William A. Rogers, III |
| Defendant. | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTION HEARING**
**Court in Session:     3:02 p.m.**
Court calls case. Appearances of counsel. *Ms. Donita Self appears pro se*.

Discussion regarding plaintiff's MOTION to Extend the Discovery Period (Docket No. 62, filed on 1/18/2012), Rule 26(b)(1), and the non-parties that the court will allow the plaintiff to serve subpoenas on. Counsel for the defendant informs the court that they are willing to make some stipulations, on the record, that addresses the plaintiff's subpoena request for CiviCore.

**ORDERED:** As outlined on the record, the court **GRANTS in PART and DENIES in PART** plaintiff's Discussion regarding plaintiff's MOTION to Extend the Discovery Period (Docket No. 62, filed on 1/18/2012).

Discussion regarding plaintiff's MOTION to Compel Responses to Interrogatories, Production of Documents and Responses from Defendant and CONVENTIONALLY SUBMITTED MATERIAL: 1 Binder of Exhibits A to V and 1 Envelope containing transcript of a depostition [sic] on 10/25/2011 (Docket No. 71, filed on 2/01/2012) and plaintiff's MOTION for Leave to Serve Additional Interrogatories (Docket No. 74, filed on 2/13/2012). Counsel for the defendant informs

the court that he would possibly like to waive filing a response to either of these motions.

Discussion regarding the close of discovery, the parties having a meet and confer, and the defendant's ability to file a Motion for Summary Judgment.

**ORDERED:** The court **DENIES**, for failure to comply with the local rules, plaintiff's MOTION to Compel Responses to Interrogatories, Production of Documents and Responses from Defendant and CONVENTIONALLY SUBMITTED MATERIAL: 1 Binder of Exhibits A to V and 1 Envelope containing transcript of a depostition [sic] on 10/25/2011 (Docket No. 71, filed on 2/01/2012). The plaintiff may re-file this motion **on or before February 23, 2012**.

**ORDERED:** The court **DENIES**, as premature, plaintiff's MOTION for Leave to Serve Additional Interrogatories (Docket No. 74, filed on 2/13/2012). The court advises the plaintiff that she will need to know what she wants to do with the Motion to Compel before she can move forward with this motion.

Discussion regarding time line for moving this case forward, how the plaintiff and counsel for the defendant would like to receive subpoena responses, Rule 37, due date for dispositive motions, the length of time the plaintiff should give the non-parties to respond to the subpoenas, how to serve the subpoenas on the non-parties, and previously quashed subpoenas.

**ORDERED:** The court will stay all dispositive motion deadlines and briefing. The court has set a Further Status Conference for **March 20, 2012 at 11:30 a.m.** at which time the parties will revisit this subject.

HEARING CONCLUDED.

**Court in recess**:     **5:09 p.m.**
Total time in court:    02:07

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.