IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 11-cv-00492-PAB-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date: March 22, 2012** | Courtroom Deputy: Robin Mason |

*Parties:*                                                         *Counsel:*

DONITA L. SELF,                                         *Pro Se*

     Plaintiff,

v.

I HAVE A DREAM FOUNDATION -            Tiffany A. Updegraff
COLORADO,                                                     William A. Rogers , III

     Defendant.

### COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC STATUS CONFERENCE**
**Court in Session:      9:19 a.m.**
Court calls case.  Appearances of counsel.  *Ms. Donita L. Self appears as pro se.*

The court addresses the parties regarding the plaintiff's Amended MOTION to Compel Responses to Interrogatories and Production of Documents from the Defendant (Docket No. 77, filed on 2/22/2012) and the defendant's RESPONSE to #77 MOTION to Compel Responses to Interrogatories and Production of Documents From the Defendant (Docket No. 81, filed on 3/14/2012).

Discussion between the court and Ms. Self regarding Amended MOTION to Compel Responses to Interrogatories and Production of Documents from the Defendant (Docket No. 77, filed on 2/22/2012).

Discussion regarding Rule 34, Rule 26, Rule 26(e) pertaining to supplemental responses, filing a Motion for Summary Judgment and the impact it has on the case, Rule 56 pertaining to factual disputes (the showing a genuine issue of material fact to defeat a Motion for Summary

Judgment), and Rule 37(a)(5) pertaining to fees and costs being awarded.

**ORDERED:** The court **DENIES** the plaintiff's Amended MOTION to Compel Responses to Interrogatories and Production of Documents from the Defendant (Docket No. 77, filed on 2/22/2012).

**ORDERED:** Counsel for the defendant shall provide Ms. Self with receipts requested dated between June 2008 to October 2008. The plaintiff will only see the redacted Visa bill showing specific grocery purchases made by Ms. Hanewall.

**ORDERED:** The court set a dispositive motion deadline of **April 27, 2012**.

HEARING CONCLUDED.

**Court in recess:**     **10:29 a.m.**
Total time in court:    01:10

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.