**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  11-cv-00492-PAB-CBS

DONITA L. SELF

    Plaintiff,

v.

I HAVE A DREAM FOUNDATION-COLORADO,

    Defendant.

---

# FINAL JUDGMENT

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order of Judge Philip A. Brimmer entered on February 27, 2013 it is

    ORDERED that the Recommendation of United States Magistrate Judge [Docket No. 95] is ACCEPTED. It is further

    ORDERED that Defendant's Motion to Dismiss and/or for Summary Judgment [Docket No. 86] is GRANTED.  Accordingly, final judgment is entered in favor of the defendant and against the plaintiff.  It is further

    ORDERED that this case is DISMISSED.

    Dated at Denver, Colorado, this    27th    day of February 2013.

                                              BY THE COURT:
                                              JEFFREY P. COLWELL, CLERK

                                              By: s/ Edward P. Butler
                                              Edward P. Butler, Deputy Clerk